IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER T. KOSTYSHYN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RICHARD KEARNEY, Warden, )<br>)<br>Respondent. ) | Civ. A. No. 04-1245-KAJ |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED that:

1. Petitioner Peter T. Kostyshyn's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1; D.I. 7.)

2. Kostyshyn's Motions for the Appointment of Counsel are DENIED as moot. (D.I. 5; D.I. 15.)

3. A certificate of appealability will not be issued. *See* 28 U.S.C. § 2253(c)(2).

[signature]
UNITED STATES DISTRICT JUDGE

September 19, 2005
Wilmington, Delaware